FAGEN FRIEDMAN & FULFROST, LLP
Christopher D. Keeler, SBN 172441
ckeeler@f3law.com
Milton E. Foster III, SBN 250357
mfoster@f3law.com
Devin Finlayson, SBN 324784
dfinlayson@f3law.com
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Phone: 951-215-4900
Fax: 951-215-4911

Attorneys for Jurupa Unified School
District, Tammy Elzig,
David Doubravsky, and Jose Araux

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALLEN UMBARGER,<br><br>Plaintiff,<br><br>vs.<br><br>JURUPA UNIFIED SCHOOL DISTRICT; TAMMY ELZIG, an individual; DAVID DOUBRAVSKY, an individual; and JOSE ARAUX, an individual,<br><br>Defendants. | CASE NO. 5:18-cv-00332-SVW-SPX<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)**<br><br>Hon. Stephen V. Wilson<br><br>Complaint Filed: February 14, 2018<br>Trial Date:       February 16, 2021 |

Defendants JURUPA UNIFIED SCHOOL DISTRICT, TAMMY ELZIG, DAVID DOUBRAVSKY, and JOSEY ARAUX (together "Defendants") hereby submit their Request for Entry of Judgment pursuant to Federal Rule of Civil Procedure 58(d) as follows:

　　　　1.　　The Court granted Defendants' motion for summary judgment and terminated the case on June 22, 2021.

　　　　2.　　The order denied all of Plaintiff's requested relief.

/ / /

/ / /

---

DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)

3. Pursuant to Rule 58(d), Defendants request that judgment be entered for the Defendants. A proposed judgment is attached hereto.

DATED: August 23, 2021            FAGEN FRIEDMAN & FULFROST, LLP

By:       /s/
Milton E. Foster III
Attorneys for Jurupa Unified School District, Tammy Elzig, David Doubravsky, and Jose Araux

# PROOF OF SERVICE

**Allen Umbarger v. Jurupa Unified School District, et al.**
**5:18-cv-00332-SVW-SPX**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 4160 Temescal Canyon Road, Suite 610, Corona, CA 92883.

On August 23, 2021, I served true copies of the following document(s) described as **DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(D); [PROPOSED] ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| Chris M. Heikaus Weaver<br>Aitken Campbell Heikaus Weaver, LLP<br>3890 Eleventh Street, Ste 210<br>Riverside, CA 92501<br>chris@achwlaw.com;<br>darren@achlaw.com;<br>kelly@achwlaw.com<br>Telephone: (949) 236-4626<br>Facsimile: (949) 271-4046 | Counsel for Plaintiff |

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address srosas@f3law.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2021, at Corona, California.

/s/
Sara Rosas