Fagen Friedman & Fulfrost, LLP
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Main: 951-215-4900 • Fax: 951-215-4911

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALLEN UMBARGER,<br><br>Plaintiff,<br><br>vs.<br><br>JURUPA UNIFIED SCHOOL DISTRICT; TAMMY ELZIG, an individual; DAVID DOUBRAVSKY, an individual; and JOSE ARAUX, an individual,<br><br>Defendants. | CASE NO. 5:18-cv-00332-SVW-SPX<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Stephen V. Wilson<br><br>Complaint Filed: February 14, 2018<br>Trial Date: February 16, 2021 |

The Court entered an Order **TERMINATING** the case based on the **GRANT** of Defendants' motion for summary judgment on June 22, 2021. Accordingly, the entire Complaint against all Defendants is dismissed and judgment is entered in favor of the Defendants and against Plaintiff.

**IT IS SO ORDERED**.

Dated: August 26, 2021

_____
Hon. Stephen V. Wilson
UNITED STATED DISTRICT JUDGE